UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANDRE Collier

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

TRANE /AKA/ INGERSOL RAND

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 16-5430 (PGS|TJB)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andre Collix
Street Address: 34 Boudinot ST
City and County: Trenton, NJ
State and Zip Code: New Jersey 08618
Telephone Number: (609) 278-1551

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Jason Pre Pearlman
Job or Title (if known): Human Resources
Street Address: 2231 E State ST Trenton
City and County: Trenton, Mercer
State and Zip Code: New Jersey 08619
Telephone Number: (609) 587-3756
E-mail Address (if known):

Defendant No. 2

Name: Jimmy Edger
Job or Title (if known): Supervisor/Manager
Street Address: 2231 E State ST
City and County: Trenton/Mercer

3

|   |   |
|---|---|
| State and Zip Code | NEW JERSEY 08618 |
| Telephone Number | (609) 587-3756 |
| E-mail Address (if known) | |

Defendant No. 3

|   |   |
|---|---|
| Name | ANDREW /AKA/ ANDY STEVENSON |
| Job or Title (if known) | PLANT MANAGER |
| Street Address | 2231 E State ST |
| City and County | TRENTON MERCER |
| State and Zip Code | NEW JERSEY 08619 |
| Telephone Number | (609) 587-3756 |
| E-mail Address (if known) | |

Defendant No. 4

|   |   |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

|   |   |
|---|---|
| Name | TRANE / INGERSOL RANCI |
| Street Address | 2231 E State ST |
| City and County | TRENTON / MERCER |
| State and Zip Code | NEW JERSEY 08619 |
| Telephone Number | (609) 587-3756 |

4

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [✓] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [✓] Other federal law *(specify the federal law)*: SEXUAL ORIENTATION / Retaliating

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☒ Other acts *(specify)*: Sexual Oriention

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 2009 to Present

C. I believe that defendant(s) *(check one)*:

☒ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race Afro American
☒ color Black
☒ gender/sex Gay Black Man
☐ religion _____
☐ national origin _____
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☒ disability or perceived disability *(specify disability)* Back injury 2009-Present

6

E. The facts of my case are as follows. Attach additional pages if needed.

*See Attachments, I Andre Collier have's been being Harrased since 2009 - Present + Retaliated Against for Filling A Claim in 2009 I have Recieved write ups warnings Everthing since 2009*

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*Feb 2015*

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)*
*June 8 2016*
(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☒ less than 60 days have elapsed.

7

I Andre Collier is writing this grievance against (Sup) Jim + (group leader) Jimmy for Harassment + Discriminating behavior. Its been a while now that I've notice how Jimmy follow + watches me to see what I'm doing when the line is down.

Today as I swept the area I noticed several of my co-worker's doing nothing. At one point Jimmy was in a conversation with one of them. While sweeping together my trash a coworker stop for a few words while picking up my trash Jimmy said to me Andre I need you to go an wipe the computers down I suggested that he get the people whom been standing around doing nothing. I had a similar incident with him on 5-14-14 I have witness to both.

I'm also been single out for use of the restroom by (Sup) Jim, I've notice how my co-workers don't report to use restroom on 5-28-14 Jim takes me + Mustafa in break-room for not telling anyone my use of restroom but I did I told Sheila. What was suppose to be a private conversation Jim told Sheila she was suppose to let somebody know

over

that I was in the restroom. He also told me that I need to bring in a note from my doctor because I use the restroom to much.

A few days ago when a co-worker left the line to go in the restroom without reporting it to anyone Jim sent another co-worker in to get her.

There were no words between her Jim and Mustafa in the breakroom concerning that.

Andre Cole
5-29-14

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I returned to work on 2-17-16 I was out under the care of Therapist + Psyciatrist State of NJ say's I own them for that time frame.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-6- , 2016

Signature of Plaintiff   *Angelo Collier*
Printed Name of Plaintiff   ANGIE Collier

**B.** **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

9